IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: July 29, 2013 |
| Court Reporter:     Gwen Daniel | Probation: Ryan P. Henry |
| | Interpreter:   Cathy Bahr |

_____

| | |
|---|---|
| Criminal Action No. 12-cr-00054-WJM-11 | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Michele Korver |
| Plaintiff, | |
| v. | |
| 11.  RAUL AGUIRE-CORONADO, aka "OSCAR JAVIER CORONADO-OLIVAS," | Peter Hedeen |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

11:06 a.m.    Court in Session

Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

1

Sentencing Statement by Ms. Korver

Sentencing Statement by Mr. Hedeen

**ORDERED:** **There being no objection to the United States Motion for Three Offense Level Decrease Pursuant to U.S.S.G. § 3E1.1(a) and (b) (ECF No. 441), the Motion is GRANTED.**

**ORDERED:** **There being no objection to the United States Motion to Dismiss Count One of the Superseding Indictment as to Defendant Aguire-Coronado (ECF No. 440), the Motion is GRANTED. Count One of the Superseding Indictment and all counts of the original Indictment as to Defendant No. 11 are dismissed.**

**ORDERED:** **There being no objection to the United States §5K1.1 Motion For Downward Departure (ECF No. 439), the Motion is GRANTED**.

Defendant's Allocution

Defendant plead guilty to Count Three of the Superseding Indictment on May 8, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Raul Aguire-Coronado, aka Oscar Javier Coronado-Olivas, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 40 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment the defendant is placed on supervised release for a term of one year.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**

**The Court waives the mandatory drug testing provisions of**

                **§ 3563(a)(5), because it is likely that the defendant will be removed from this country.**

                **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:**   **Special Conditions of Supervised Release:**

                **If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant returns to the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return.**

**ORDERED:**   **The defendant shall pay a special assessment of $100.00, which shall be due and payable immediately.**

                **The Court finds that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case apart from the Special Assessment.**

                **Pursuant to Rule 32.2 of the Fed. Rules of Crim. P., the defendant's admission to the forfeiture allegation in the Superseding Indictment, and as stipulated to in the Plea Agreement, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense**.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances**.**

Ms. Korver requests that the defendant's true name be added to the Court's Judgment.

**ORDERED:**   **The defendant's true name, Oscar Javier Coronado-Olivas, shall be added to the Court's Judgment.**

**ORDERED:**   **Defendant is REMANDED to the custody of the U.S. Marshal.**

11:29 a.m.   Court in Recess
              Hearing concluded
              Time: 23 minutes